No. 68034.—Abercrombie & Fitch Co. v. United States, protests 58/18599, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of original miniatures the same in all material respects

as those the subject of *Abercrombie & Fitch Company* v. *United States* (49 CCPA 129, C.A.D. 808), the claim of the plaintiff was sustained.